**Opinion filed June 26, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00068-CV

_____

## IN THE INTEREST OF K.A.J. AND B.A.J., CHILDREN

**On Appeal from the 259th District Court**
**Shackelford County, Texas**
**Trial Court Cause No. 2012-005**

### M E M O R A N D U M   O P I N I O N

Melissa M. Jones, Appellant, has filed in this court a motion to dismiss this appeal. In the motion, Appellant states that she "no longer wishes to pursue" her appeal. Therefore, in accordance with Appellant's request, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

June 26, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.